UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLARENCE TERRY,

    Plaintiff,

v.                                       Case No. 3:22cv9357-LC-HTC

LIEUTENANT R. DAY,
SERGEANT JIMMO D.,

    Defendants.
_____/

## ORDER

    The magistrate judge issued a Report and Recommendation on July 15, 2022, (ECF No. 3), recommending dismissal because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and is not under imminent danger of serious injury. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv9357-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and is not under imminent danger of serious injury.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 19th day of August 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**